UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| COGAN IMPORTS, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:16-CV-00352-DJH |
| | ) | |
| SUNIL DHAROD | ) | |
| | ) | |
| DEFENDANT | ) | |

**JOINT MOTION TO MODIFY EXISTING SCHEDULING ORDER [DN 28]**

Plaintiff Cogan Imports, Inc. and Defendant Sunil Dharod, by counsel, hereby move the Court to modify the Court's current scheduling order **[DN 28]**, briefly extending the deadlines for completion of discovery, disclosure of expert witnesses and expert reports, and filing of dispositive motions. As grounds for this motion, the parties state that discovery in this action was delayed by Plaintiff's motion for a protective order which was filed in April 2017 **[DN 21]**. That motion was ruled on by Order dated July 11, 2017 **[DN 29]**. Unfortunately, the Plaintiff is unable to produce its corporate representative for deposition until September 27, 2017.[1] Until that deposition is taken, Defendant cannot predict whether and to what extent additional discovery, including depositions, will be required. For that reason, the parties request the Court enter the attached Order directing completion of all discovery no later than December 31, 2017, approximately ninety (90) days following the Plaintiff's 30(b)(6) deposition on September 27,

---

[1] A copy of Defendant's Second Amended Notice of Deposition of Plaintiff's Rule 30(b)(6) Representative is attached hereto as Exhibit 1.

2017 and adjustment of the remaining deadlines consistent therewith as set forth in the attached Order.

                Respectfully submitted,

                /s/ Cornelius E. Coryell, II
                Cornelius E. Coryell, II
                ccoryell@wyattfirm.com
                Sean G. Williamson
                swilliamson@wyattfirm.com
                WYATT, TARRANT & COMBS, LLP
                500 West Jefferson Street, Suite 2800
                Louisville, Kentucky 40202
                502.589.5235

                *Counsel for Defendant*

                /s/ D. Brian Rattliff (w/permission)
                D. Brian Rattliff
                brian@ks-laws.com
                KRUGER & SCHWARTZ
                3339 Taylorsville Road
                Louisville, KY 40205
                502.485.9220

                *Counsel for Plaintiff*

61660630.1